ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Tridentis, LLC | ) ASBCA Nos. 63300-ADR, 63495-ADR |
| | ) |
| Under Contract No. N42158-18-D-N001 | ) |

APPEARANCES FOR THE APPELLANT:    Elizabeth N. Jochum, Esq.
　　Blank Rome LLP
　Alexander B. Ginsberg, Esq.
　　Fried, Frank, Harris, Shriver & Jacobson LLP
　Daniel J. Strouse, Esq.
　Joshua D. Schnell, Esq.
　　Cordatis LLP
　　Washington DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
　　Navy Chief Trial Attorney
　Billy B. Ruhling, II, Esq.
　Jerry Kim, Esq.
　　Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE ARNETT

　　　　The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

　　　　It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,117,313.62. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

　　　　Dated: January 31, 2025

　　　　　　　　　　　　　　　LAURA J. ARNETT
　　　　　　　　　　　　　　　Administrative Judge
　　　　　　　　　　　　　　　Armed Services Board
　　　　　　　　　　　　　　　of Contract Appeals

(Signatures continued)

I concur            I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 63300-ADR, 63495-ADR, Appeals of Tridentis, LLC, rendered in conformance with the Board's Charter.

Dated: January 31, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2